**SO ORDERED.**

**SIGNED this 01 day of October, 2010.**



_Stephani W. Humrickhouse_
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

**IN RE:**

LISA MARIE LITTKE                                    10-06472-8-SWH
                                                     **CHAPTER 7**

**ORDER GRANTING RELIEF FROM**
**AUTOMATIC STAY**

    **THIS MATTER** coming before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina upon the motion of Ocwen Loan Servicing, LLC for relief from the automatic stay regarding the Debtor's real property located at 2930 4th Ave N, Saint Petersburg, FL 33713;

    **AND IT FURTHER APPEARING** that for good cause shown relief from the automatic stay should be granted to Ocwen Loan Servicing, LLC, or any successor-in-interest, with respect to the Debtor's real property located at 2930 4th Ave N, Saint Petersburg, FL 33713;

    **WHEREFORE, IT IS HEREBY ORDERED** that Ocwen Loan Servicing, LLC, or any successor-in-interest, shall be granted relief from the automatic stay and may proceed with foreclosure of the Debtor's real property located at 2930 4th Ave N, Saint Petersburg, FL 33713;

    **IT IS ALSO ORDERED** that Rule 4001(a)(3) of the Bankruptcy Code is not applicable and Ocwen Loan Servicing, LLC may immediately enforce and implement this order granting relief from the automatic stay.

**IT IS FURTHER ORDERED** that the Movant is granted relief from the automatic stay to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Any such communications by or on behalf of the Movant shall cease immediately upon the written or verbal request of the Debtor.

10-006896

End of Document