VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Lisa Marie Littke
 ( debtor has no known aliases )
5001 Wheatridge Drive
Fuquay Varina, NC 27526

CASE NO.: 10–06472–8–SWH

DATE FILED: August 12, 2010

CHAPTER: 7

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Wednesday, January 5, 2011
TIME:     02:00 PM
PLACE:    Room 208, 300 Fayetteville Street, Raleigh, NC 27602

to consider and act on the following matters:

 Motion To Dismiss Case For Abuse filed by Christopher Scott Kirk on behalf of Bankruptcy Administrator

and to transact all other business as may properly come before the court.

DATED: November 17, 2010

Stephanie J. Edmondson
Clerk of Court